[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 14, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14843
Non-Argument Calendar

_____

D. C. Docket No. 06-00039-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD ALLEN ADDERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(June 14, 2007)**

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Richard A. Grossman, appointed counsel for Richard Allen Adderson in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Adderson's conviction and sentence are **AFFIRMED**.